AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOHN W. JENKINS,

                      Plaintiff,

           v.

DALE MOYER,

                    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-228-EFS

☒ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☐ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant in the amount of $300,000.00 for noneconomic damages pursuant to the jury verdict returned on April 24, 2012.

April 24, 2012
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Cora Vargas
_____
*(By) Deputy Clerk*
Cora Vargas